JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES PALACIOS and VICTORIA PALACIOS, | CASE NO. CV 14-9639-PJW |
| Plaintiffs, | J U D G M E N T |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Consistent with this Court's concurrently filed Order Granting/Denying Defendants' Motion for Judgment as a Matter of Law and Denying Plaintiffs' Motion for New Trial and Judgment as a Matter of Law, the Court enters Judgment in favor of Defendants and dismisses the action with prejudice.

IT IS SO ORDERED.

DATED: October 16, 2019

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Consent\Palacios v City of LA 9639\Judgment.wpd